IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruth Keith,<br><br>   Plaintiff,<br><br>vs.<br><br>Global Credit & Collection Corporation,<br><br>   Defendant. | CV 09-02344-PHX-ROS<br><br>**ORDER** |

The Court having been notified that this matter has settled in its entirety (Doc. 13);

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **May 12, 2010**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial date.

DATED this 12th day of April, 2010.

Roslyn O. Silver
United States District Judge